IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2018 JAN 22 P 2: 15

STEPHEN HOWARD,
Petitioner,

v.   Case No: 3:16-cv-803-MHT

UNITED STATES OF AMERICA,
Respondent.

## MOTION FOR EXTENSION OF TIME TO REPLY TO THE GOVERNMENTS SUPPLEMENTAL RESPONSE (DOC NO. 19).

Comes Now, Petitioner, Stephen K. Howard, *Pro Se,* and files his **MOTION FOR EXTENSION OF TIME TO REPLY TO THE GOVERNMENTS SUPPLEMENTAL RESPONSE (DOC NO. 19)**, and states his cause as follows:

### Relief Sought

Petitioner Stephen K. Howard, *Pro Se,* moves this Court to extend the time to formulate his **REPLY TO THE GOVERNMENTS SUPPLEMENTAL RESPONSE (DOC NO. 19)**, from January 24, 2018, to February 23, 2018 (30 Days).

### Grounds for Relief

The extra time is needed because:

1. The Inmate Law Library has *not* been operating on the normal schedule posted due to holidays and also inclement weather.
2. Petitioner is assigned a job work detail at UNICOR – FEDERAL PRISON INDUSTRIES and cannot get to the "Inmate Law Library" until after his scheduled work hours (when they are open) and this has greatly reduced his time to prepare his response.
3. Petitioner does *not* receive mail in a timely manner due to the FBOP Mail Room being short on staff and having processing issues. Petitioner did not receive Document No. 20 until over a week after its mailing date, thus giving him only 13 days to research and respond to this Court.

Page **1 of 2**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

WHEREFORE, for the reasons listed above, Petitioner respectfully requests this Court allow this MOTION FOR EXTENSION OF TIME of 30 days.

Respectfully submitted this 18th day of January, 2018.

/s/ Stephen K. Howard
Stephen K. Howard
Reg. No. 15668-002
PO BOX 9000
Forrest City, AR. 72336

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing was sent postage pre-paid "First Class Mail", via U.S. Postal Service on this 18th day of January, 2018, to the following:

1. Mr. Verne H. Speirs
   Asst. United States Attorney
   P.O. BOX 197
   Montgomery, AL 36101-0197

2. U.S. District Court Clerk
   Debra P. Hacket
   PO BOX 711
   Montgomery, AL 36101-0711

3. Mr. Kevin P. Davidson
   Asst. United States Attorney
   P.O. BOX 197
   Montgomery, AL 36101-0197

4. Mr. Jonathon S. Ross
   Asst. United States Attorney
   P.O. BOX 197
   Montgomery, AL 36101-0197

/s/ Stephen K. Howard
Stephen K. Howard
Reg. No. 15668-002
PO BOX 9000
Forrest City, AR. 72336

Page 2 of 2

Stephen K. Howard
Reg. No. 15668-002
PO BOX 9000
Forrest City, AR. 72336

FEDERAL CORRECTIONAL INSTITUTION MEDIUM — MEMPHIS TN 380

DATE 1/18/18   JAN 2018 PM 1 L

"THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR A PROBLEM OVER WHICH THE FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS."

U.S. District Court Clerk
Debra P. Hacket
PO BOX 711
Montgomery, AL 36101-0711

**LEGAL MAIL – ATTORNEY/CLIENT PRIVEDLEDGED
OPEN ONLY IN PRESENCE OF ADDRESSEE**

See Federal Bureau of Prisons Program Statement 5800.16
And Title 28 C.F.R. 540.19(b)

36101-071111