IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

STEPHEN HOWARD,                     )
                                    )
        Petitioner,                 )
                                    )        CIVIL ACTION NO.
        v.                          )         3:16cv803-MHT
                                    )            (WO)
UNITED STATES OF AMERICA,           )
                                    )
        Respondent.                 )

OPINION

Pursuant to 28 U.S.C. § 2255, petitioner, a federal prisoner, filed this lawsuit seeking habeas relief. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the habeas petition be denied. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 20th day of May, 2019.

                         /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE